# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

       Plaintiff,

vs.

CAR HEALTH PLAN, INC.;
LANDON LIVING TRUST 12-1-99
and DOES 1 THROUGH 10,
Inclusive,

       Defendants.

FILED
08 FEB 22 PM 4:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0353 JAH WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

By _S. PARIS_, Deputy Clerk

FEB 22 2008

DATE