AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883                    Ref. No.      : 0297913-01
Attorney for : PLAINTIFF        Atty. File No. : 08 CV 0353

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : KAREL SPIKES
DEFENDANT    : CAR HEALTH PLAN, INC.; et. al.

Case No.: 08 CV 0353 JAH WMc

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served   :   CAR HEALTH PLAN, INC.
                          AUTHORIZED AGENT FOR SERVICE: VIRGILIO M SIMBULAN
   b. Person served  :   SHERMAN SIMBULAN, CO-OWNER
                          (FILIPINO/M/36YRS/5'8"/220LBS/BROWN/BLACK)

4. Address where the party was served 1532 NATIONAL CITY BLVD
                                       NATIONAL CITY, CA 91950   (Business)

5. I served the party
   b. **by substituted service.** On March 3, 2008 at 01:33 PM I left the documents listed in item 2
      with or in the presence of   SHERMAN SIMBULAN, CO-OWNER,
                                    FILIPINO/M/36YRS/5'8"/220LBS/BROWN/BLACK
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      CAR HEALTH PLAN, INC.
                          AUTHORIZED AGENT FOR SERVICE: VIRGILIO M SIMBULAN
      under [xx] CCP 416.10   (corporation)

7. **Person who served papers**
   a. RODRIGO LORA
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $53.75
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 479
          (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 10, 2008             Signature: _____
                                             RODRIGO LORA

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

AMY B. VANDEVELD
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.

Attorney for : PLAINTIFF          Atty. File No.  : 08 CV 0353

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08 CV 0353 JAH WMc |
| DEFENDANT | : CAR HEALTH PLAN, INC.; et. al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 02/29/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served    CAR HEALTH PLAN, INC.
                AUTHORIZED AGENT FOR SERVICE: VIRGILIO M SIMBULAN

Business    :   1532 NATIONAL CITY BLVD, NATIONAL CITY  CA  91950

Attempts to effect service are as follows:

03/03/08 01:33P   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 10, 2008          Signature: _____
                                          RODRIGO LORA

Jud. Coun. form, rule 982.9              **DECLARATION RE DILIGENCE**

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883           Ref. No.      : 0297913-01
Attorney for : PLAINTIFF   Atty. File No. : 08 CV 0353

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08 CV 0353 JAH WMc |
| DEFENDANT | : CAR HEALTH PLAN, INC.; et. al. | **DECLARATION OF MAILING** |

RE:   CAR HEALTH PLAN, INC.
      AUTHORIZED AGENT FOR SERVICE: VIRGILIO M SIMBULAN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 4, 2008 I served the within documents:

   SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL CASE
   COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

   CAR HEALTH PLAN, INC.
   AUTHORIZED AGENT FOR SERVICE: VIRGILIO M SIMBULAN
   1532 NATIONAL CITY BLVD
   NATIONAL CITY, CA 91950

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 4, 2008 at SAN DIEGO, California.

Signature: _____
           KIMBERLY FOWLER

**DECLARATION OF MAILING**