Summons in a Civil Action (Rev 11/97)

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

vs.

CAR HEALTH PLAN, INC.;
LANDON LIVING TRUST 12-1-99
and DOES 1 THROUGH 10,
Inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0353 JAH WMc

TO: (Name and Address of Defendant)

*Landon Living Trust 12/1/99*
*3150 Fair Oaks Drive*
*Spring Valley, CA 91978*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy B. Vandeveld, Esq.
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue
San Diego, CA 92101
(619) 231-8883

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 2 2 2008
DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883           Ref. No.      : 0297913-02
Attorney for : PLAINTIFF    Atty. File No. : 08 CV 0353

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 08 CV 0353 JAH WMc |
| DEFENDANT | : CAR HEALTH PLAN, INC., et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served    :   LANDON LIVING TRUST 12-1-99
   b. Person served  :   BRENDA LANDON, TRUSTEE
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  3150 FAIR OAKS DRIVE
                                       SPRING VALLEY, CA 91978    (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on March 7, 2008  (2) at: 12:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   LANDON LIVING TRUST 12-1-99
      under [xx] Other   Trust

7. **Person who served papers**
   a. GREG COLE                              d. Fee for service: $50.75
   b. KNOX ATTORNEY SERVICE, INC.           e. I am:
      2250 Fourth Avenue                         (3) a registered California process server
      San Diego, California 92101                (i) an independent contractor
   c. 619-233-9700                               (ii) Registration No.: 387
                                                 (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 13, 2008         Signature: _____
                                        GREG COLE

Jud. Coun. form, rule 982.9              **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)