Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, CA 92101
Telephone  (619) 231-8883
Facsimile  (619) 231-8329

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>           Plaintiff,<br><br>vs.<br><br>CAR HEALTH PLAN, INC.; LANDON LIVING TRUST 12-1-99 and DOES 1 THROUGH 10, Inclusive,<br><br>           Defendants. | Case No.: CV 08 CV 0353 JAH (WMc)<br><br>NOTICE OF DISMISSAL AND DISMISSAL OF COMPLAINT **WITHOUT** PREJUDICE **AS TO DEFENDANTS** LANDON LIVING TRUST 12-1-99<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

   Plaintiff, KAREL SPIKES, (hereinafter referred to as "SPIKES"), hereby requests that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), this Court enter a dismissal **without** prejudice of Plaintiff's Complaint in USDC Case No. 08 CV 353 JAH (WMc) LAB (POR) **ONLY** as to Defendant **LANDON LIVING TRUST 12-1-99**. SPIKES further requests that the Court order that SPIKES and Defendant **LANDON LIVING TRUST 12-1-99** shall bear his, her and/or its own costs and fees only with respect to their claims against each other in this action as of the date of this dismissal.
   SPIKES specifically reserves his claims against all other potentially responsible parties, including CAR HEALTH PLAN, INC.

1 | and NATIONAL CITY COMMERCIAL CENTER, LLC.

LAW OFFICES OF AMY B. VANDEVELD

DATED: 4/3/08     By: _____
AMY B. VANDEVELD, Esq.
Attorney for Plaintiff

**ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY ORDERED** that the Complaint of ROBERTSON, Plaintiff, in USDC Case No. 08 CV 0353 JAH (WMc) is dismissed without prejudice **ONLY** as to Defendants LANDON LIVING TRUST 12-1-99. SPIKES and Defendant LANDON LIVING TRUST 12-1-99 shall bear his, her and/or its own costs and fees only with respect to their claims against each other in this action, as of the date of this dismissal.

SPIKES's claims against all other potentially responsible parties, including CAR HEALTH PLAN, INC. and NATIONAL CITY COMMERCIAL CENTER, LLC, are specifically reserved and are not dismissed.

**IT IS SO ORDERED.**

Dated: _____        _____
                                HONORABLE JOHN A HOUSTON,
                                U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE**

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Spikes v. Car Health Plan**
   **USDC No.: 08 cv 0353 JAH (Wmc)**

2. <u>Document(s) served</u>:
   **NOTICE OF DISMISSAL AS TO DEFENDANT LANDON LIVING TRUST 12-1-99**

3. <u>Person(s) served/Place of service</u>:
   **Michael Bishop, Esq.**
   **DILLON & GERARDI, APC**
   **4660 La Jolla Village Drive, Suite 775**
   **San Diego, CA 92122**
   **Facsimile: (619) 587-2587**
   **Counsel for Defendants**

4. <u>Manner of Service</u>:

   ____ (a) <u>Personal Service</u>: By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   √ (b) <u>Service by Mail</u>: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   √ (c) <u>Facsimile Transmission</u>: From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

   I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: 4/3/08

By: _____
LAURIE MILLER

1