Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

       vs

CAR HEALTH PLAN, INC.;
NATIONAL CITY COMMERCIAL
CENTER, LLC and DOES 1
through 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**
*on First Amended Complaint*
Case No. 08 CV 0353 JAH (WMc)

TO: (Name and Address of Defendant)

*CAR HEALTH PLAN, INC.*
*C/o Michael Bishop, Esq.*
*4660 La Jolla Village Dr. Ste. 775*
*San Diego, CA 92122*

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | APR 0 4 2008 |
|---|---|
| CLERK | DATE |

By  **C. PUTSMANN** Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## PROOF OF SERVICE

I, the undersigned, declare that:  I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. Case Name/USDC Number:
   **Spikes v. Car Health Plan**
   **USDC No.: 08 cv 0353 JAH (Wmc)**

2. Document(s) served:
   **FIRST AMENDED CIVIL COMPLAINT; SUMMONS**

3. Person(s) served/Place of service:
   **Michael Bishop, Esq.**
   **DILLON & GERARDI, APC**
   **4660 La Jolla Village Drive, Suite 775**
   **San Diego, CA 92122**
   **Facsimile: (619) 587-2587**
   **Counsel for Defendants**

4. Manner of Service:

   _____ (a) Personal Service:  By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   __/__ (b) Service by Mail:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   _____ (c) Facsimile Transmission:  From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On:  _4/10/08_____

By:  _____
     LAURIE MILLER

1