Summons in a Civil Action (Rev. 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

KAREL SPIKES,

    Plaintiff,

      **vs**

CAR HEALTH PLAN, INC.;
NATIONAL CITY COMMERCIAL
CENTER, LLC and DOES 1
through 10, Inclusive,

    Defendants.

**SUMMONS IN A CIVIL ACTION**
*on First Amended Complaint*
Case No. 08 CV 0353 JAH (WMc)

TO: (Name and Address of Defendant)

National City Commercial Center, LLC
Agent: Michael Ramos
1250 Savoy Circle
San Diego, CA 92107

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Amy B. Vandeveld, Esq.
    LAW OFFICES OF AMY B. VANDEVELD
    1850 Fifth Avenue
    San Diego, CA 92101
    (619) 231-8883

    An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

APR 0 4 2008

DATE

By    C. PLUROMANN Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443:1 May 5, 1999 (11:34am)

AMY B. VANDEVELD, ESQ. (SBN 137904)
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO  CA  92101
619-231-8883          Ref. No.        : 0297919-01
                     Atty. File No.  : 08CV0353JAH(WMc)

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF       : KAREL SPIKES                        Case No.: 08CV0353JAH(WMc)
DEFENDANT       : CAR HEALTH PLAN, INC. et al.        **PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT; FIRST AMENDED
                     CIVIL COMPLAINT

3.    a. Party served   :    NATIONAL CITY COMMERCIAL CENTER, LLC
                             AUTHORIZED AGENT FOR SERVICE: MICHAEL RAMOS
      b. Person served  :    MICHAEL RAMOS, AUTHORIZED AGENT
                             (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served  1250 SAVOY CIRCLE
                             SAN DIEGO, CA  92107      (Business)

5.    I served the party
      a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
         receive service of process for the party (1) on  April 12, 2008   (2) at: 05:20 PM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:          NATIONAL CITY COMMERCIAL CENTER, LLC
                               AUTHORIZED AGENT FOR SERVICE: MICHAEL RAMOS
          under [xx] Other     LLC

7.    **Person who served papers**
      a. DAVE LARSEN                              d. Fee for service: $51.75
      b. KNOX ATTORNEY SERVICE, INC.              e. I am:
         2250 Fourth Avenue                           (3) a registered California process server
         San Diego, California  92101                 (i)   an employee
      c. 619-233-9700                                 (ii)  Registration No. 1370
                                                      (iii) County:  San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  April 18, 2008

                                          Signature: _____
                                                        DAVE LARSEN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**