# PROOF OF SERVICE

In re:  SPIKES v. CAR HEALTH PLAN, INC., et al.
Case No.: 08 CV 0353

I am a citizen of the United States, a resident of the State of California, and am employed in the County of San Diego, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is **LAW OFFICE OF MANUEL ARMANDO RIOS, 239 Laurel Street, Suite 101, San Diego, CA 92101.** On **May 1, 2008**, I mailed the following documents:

**DEFENDANT CAR HEALTH PLAN INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED CIVIL COMPLAINT**

by placing the document(s) listed above in a sealed envelope, with First Class Postage thereon fully prepaid, and deposited same in the United States mail at San Diego, California, addressed as set forth below. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon, fully prepaid, in the ordinary course of business.

**AMY B. VANDEVELD**
Law Offices of Amy B. Vandeveld
1850 Fifth Ave.
San Diego, CA 92101

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date:  May 1, 2008                                    s/Adrienne M. Carroll

I certify that on May 1, 2008, I electronically transmitted this document to the Clerk's Office, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrant:

Amy B. Vandeveld, Attorney for Plaintiff

                                                      s/Adrienne M. Carroll