# PROOF OF SERVICE

In re: SPIKES v. CAR HEALTH PLAN, INC., et al.
Case No.: 08 CV 0353

I am a citizen of the United States, a resident of the State of California, and am employed in the County of San Diego, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is **LAW OFFICE OF MANUEL ARMANDO RIOS, 239 Laurel Street, Suite 101, San Diego, CA 92101.** On May 30, 2008, I mailed the following documents:

**CROSS-DEFENDANT CAR HEALTH PLAN, INC.'S ANSWER TO CROSS-COMPLAINT; CROSS-DEFENDANT VIRGILIO M. SIMBULAN'S ANSWER TO CROSS-COMPLAINT**

by placing the document(s) listed above in a sealed envelope, with First Class Postage thereon fully prepaid, and deposited same in the United States mail at San Diego, California, addressed as set forth below. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon, fully prepaid, in the ordinary course of business.

**AMY B. VANDEVELD**
Law Offices of Amy B. Vandeveld
1850 Fifth Ave.
San Diego, CA 92101

**ROBERT R. MASSEY**
Law Offices of Robert R. Massey
4540 Kearny Villa Rd., Ste. 118
San Diego, CA 92123

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: May 30, 2008                                          s/Adrienne M. Carroll