UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | Civil No. 08cv353 JAH (WMc) |
| Plaintiff, | **ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE ORDER** |
| v. | |
| CAR HEALTH PLAN, INC., NATIONAL CITY COMMERCIAL CENTER, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Court has received the Defendants' Letter Request for a brief continuance of the Early Neutral Evaluation Conference as well as a telephonic appearance for all c ounsel. Good cause appearing, the presently scheduled June 24, 2008 ENE date is **VACATED**.

The Court orders a *telephonic* Early Neutral Evaluation of the above-entitled case on **June 27, 2008** at **3:30 p.m.** **Attorney Robert R. Massey** is ordered to arrange a joint conference call between the ///

///

///

///

1                                                                 08cv353 JAH (WMc)

parties and then contact the Court on the time and day listed above. The Court's telephone contact number is 619-557-6624. *Only attorneys need appear on the ENE conference call.*

**IT IS SO ORDERED.**

Dated: June 12, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Copy to:

 HONORABLE JOHN A. HOUSTON, UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD