UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>        Plaintiff,<br>v.<br><br>CAR HEALTH PLAN, INC., NATIONAL CITY COMMERCIAL CENTER, LLC and DOES 1 through 10, inclusive,<br><br>        Defendants. | Civil No. 08cv353 JAH (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 27, 2008, the Court held a telephonic Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Amy Vandeveld, Esq. Appearing for Defendant Car Health Plan was Manuel Armando Rios, Esq. Appearing for Defendant National City Commercial Center was Robert Massey, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before ***July 21, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***July 31, 2008***. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter

of his/her testimony.  The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery;  and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *August 7, 2008*;

4. Counsel **and parties with full settlement authority** are ordered to appear *on August 15, 2008* at *10:30 a.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101,  for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). **Full authority to settle means that the individual present at the settlement conference has the unfettered discretion and authority to: 1) fully explore settlement options and to agree at that time to any settlement options; 2) agree at that time to any settlement terms acceptable to the parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without being restricted to a specific sum certain**.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: July 2, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

Copy to:

 HONORABLE JOHN A. HOUSTON, UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD