UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>             Plaintiff,<br>v.<br><br>CAR HEALTH PLAN, INC., NATIONAL CITY COMMERCIAL CENTER, LLC and DOES 1 through 10, inclusive,<br><br>             Defendants. | Civil No. 08cv353 JAH (WMc)<br><br>**ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

   The parties have informed the Court that the above-entitled matter has settled.  The Court will hold a *telephonic* Settlement Disposition Conference on **September 5, 2008** at **9:15 a.m.**  Attorney **Robert R. Massey** is ordered to arrange a joint conference call between the parties and then contact the Court on the time and day listed above.  The Court's telephone contact number is 619-557-6624.

   **IT IS SO ORDERED.**

Dated: July 31, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

 HONORABLE JOHN A. HOUSTON, UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD