UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAR HEALTH PLAN, INC., NATIONAL ) <br> CITY COMMERCIAL CENTER, LLC and ) <br> DOES 1 through 10, inclusive, ) <br> ) <br> Defendants. ) | Civil No. 08cv353 JAH (WMc) <br><br> **ORDER SETTING SETTLEMENT CONFERENCE** |

On September 5, 2008, the Court held a telephonic Settlement Disposition Conference in the above-entitled action. Appearing for Plaintiff was Amy Vandeveld, Esq. Appearing for Defendant Car Health Plan was Manuel Armando Rios, Esq. Appearing for Defendant National City Commercial Center was Robert Massey, Esq.

The Court will hold an in-person Settlement Conference on **September 19, 2008** at **2:00 p.m.** in the Chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, First Floor- Courtroom C, Sam Diego, California 92101. *All counsel, all parties, and any other person(s) whose authority is required to conclude the settlement shall appear <u>in person</u>*

*///*

*///*

*///*

*at the conference.* Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: September 5, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE JOHN A. HOUSTON, UNITED STATES DISTRICT JUDGE

ALL COUNSEL OF RECORD